IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **CINDY AND OTIS CLEGHORN** § | |
| § | |
| V. § | CIVIL ACTION NO. 4:16-CV-00524 |
| § | |
| **TRAVELERS LLOYDS OF TEXAS** § | |
| **INSURANCE COMPANY AND** § | |
| **ANTHONY CARREON** § | |

## NOTICE OF SETTLEMENT

COME NOW, Cindy and Otis Cleghorn, the plaintiffs herein, and Travelers Lloyds of Texas Insurance Company and Anthony Carreon, the defendants herein, and, pursuant to Local Rule 16.3 of the Local Rules for the Southern District of Texas, notify the Court that the parties have reached a settlement agreement that will result in a full and final release and dismissal with prejudice of all claims and causes of action asserted in this lawsuit. The parties request thirty days to file a joint stipulation of dismissal and proposed order of dismissal and final judgment in order to afford the parties sufficient time to effectuate a full and final release and dismissal with prejudice of all claims asserted in this lawsuit.

Respectfully submitted,

CHAD T. WILSON LAW FIRM, PLLC
1322 Space Park Drive, Suite A155
Houston, Texas 77058
(832) 415-1432
(281) 940-2137 - facsimile


/s/ Christian E. Hawkins (w/permission)
Christian E. Hawkins
State Bar No. 24092499
ATTORNEYS FOR PLAINTIFFS,
CINDY AND OTIS CLEGHORN

>ORGAIN BELL & TUCKER, LLP
>P O Box 1751
>Beaumont, TX 77704-1751
>(409) 838-6412
>(409) 838-6959 facsimile
>
>/s/ Greg C. Wilkins
>Greg C. Wilkins
>Attorney-in-charge
>State Bar No. 00797669
>Southern District Bar No. 33280
>gcw@obt.com
>
>ATTORNEYS FOR DEFENDANT, TRAVELERS LLOYDS OF TEXAS INSURANCE COMPANY AND ANTHONY CARREON

## CERTIFICATE OF SERVICE

I do hereby certify that on the 4th day of May, 2016, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all known counsel of record.

>/s/ Greg C. Wilkins
>Greg C. Wilkins