IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| CINDY CLEGHORN and OTIS CLEGHORN, | § § § | |
| Plaintiffs, | § § | |
| v. | § § | CIVIL ACTION NO. 4:16-0524 |
| TRAVELERS LLOYDS OF TEXAS INSURANCE COMPANY and ANTHONY CARREON, | § § § § | |
| Defendants. | § | |

## ORDER

Having been informed that a settlement has been reached in this case, *see* Notice of Settlement [Doc. # 9], it is hereby

**ORDERED** that this case is **DISMISSED without prejudice** to reinstatement of the parties' claims if any party represents to the Court on or before June 3, 2016, that the settlement could not be completely documented.

SIGNED at Houston, Texas, this  4th  day of **May, 2016**.

_____
NANCY F. ATLAS
SENIOR UNITED STATES DISTRICT JUDGE