**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| CINDY AND OTIS CLEGHORN | § |
| | § |
| V. | § CIVIL ACTION NO. 4:16-CV-00524 |
| | § |
| TRAVELERS LLOYDS OF TEXAS | § |
| INSURANCE COMPANY AND | § |
| ANTHONY CARREON | § |

**JOINT STIPULATION OF DISMISSAL**

TO THE HONORABLE UNITED STATES DISTRICT COURT JUDGE:

COME NOW, Cindy and Otis Cleghorn., the plaintiffs herein, and Travelers Lloyds of Texas Insurance Company and Anthony Carreon, the defendants herein, and stipulate to the dismissal of any and all claims asserted in this lawsuit with prejudice to the re-filing of same. By virtue of this stipulation of dismissal, all claims and causes of action asserted in this lawsuit shall be dismissed with prejudice to the re-filing of same. This stipulation of dismissal is signed by counsel for all parties who have appeared in this lawsuit.

Respectfully submitted,

CHAD T. WILSON LAW FIRM, PLLC
1322 Space Park Drive, Suite A155
Houston, Texas 77058
(832) 415-1432
(281) 940-2137 - facsimile

_____
Christian E. Hawkins
State Bar No. 24092499
ATTORNEYS FOR PLAINTIFFS,
CINDY AND OTIS CLEGHORN

ORGAIN BELL & TUCKER, LLP

P O Box 1751
Beaumont, TX 77704-1751
(409) 838-6412
(409) 838-6959 facsimile

/s/ Greg C. Wilkins
Greg C. Wilkins
Attorney-in-charge
State Bar No. 00797669
Southern District Bar No. 33280
gcw@obt.com

ATTORNEYS FOR DEFENDANTS,
TRAVELERS LLOYDS OF TEXAS
INSURANCE COMPANY AND
ANTHONY CARREON

## CERTIFICATE OF SERVICE

I do hereby certify that on the 31st day of May, 2016, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all known counsel of record.

/s/ Greg C. Wilkins

2